Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures.

Petitioner +

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC.
FILED
JUN 22 2005
AT_____O'CLOCK_____M
SOFRON B. NEDILSKY

JOHN DELACRUZ,

        Petitioner,        Case No. 05-C-664

    v.

JUDY SMITH, WARDEN,
Oshkosh Correctional Institution,

        Respondent.

## OPINION AND ORDER

        John Delacruz, a prisoner in state custody, has filed a Petition for habeas corpus relief pursuant to 54 U.S.C. § 2254. Having reviewed the Petition, the court ORDERS that the Respondent shall serve and file an answer or other response on or before August 1, 2005. On that same date, the Respondent shall serve and file transcripts of all relevant proceedings in the state courts.

        IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of the Petition and all attachments and a copy of this Order upon the Respondent and upon the Attorney General of the State of Wisconsin.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 22nd day of June, 2005.

        Thomas J. Curran
        United States District Judge